```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEAN HALL,

                           **Plaintiff,**                     21-CV-02308 (ALC)(VF)

        -against-                                          **ORDER**

CITY OF NEW YORK, et al,

                         **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **Monday, May 23, 2022** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:     New York, New York
                May 16, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge