UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAN HALL,

                                **Plaintiff,**                          21-CV-02308 (ALC)(VF)

-against-                                                   **ORDER**

CITY OF NEW YORK, et al,

                                **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to file a joint letter by **February 13, 2023**, updating the Court on the status of the case, including the status of any further settlement discussions and/or proposed next steps.

**SO ORDERED.**

DATED:       New York, New York
                    February 6, 2023

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023