**MARASHI LEGAL**
CIVIL RIGHTS LAW + POLICY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/30/2024

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

January 29, 2024

BY E.C.F.
Honorable Andrew L. Carter
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: *Sean Hall v. City of New York, et al*
21-cv-02308-ALC

Your Honor:

This firm, and Mr. Eric Levy, represent Plaintiff Sean Hall. This is a letter requesting an extension of time to submit Plaintiff's Partial Motion for Summary Judgment. The present due date is January 30, 2024. Plaintiffs are requesting an extension to February 26, 2024. This is Plaintiff's first request for an extension. Defendants the City of New York and New York City Health & Hospitals Corporation, represented by Alejandra R. Gil, Esq. of Heidell, Pittoni, Murphy & Bach, consent to this request, and ask that if Plaintiff's request is granted, Defendants' deadline for Summary Judgment also be extended to February 26, 2024.

While that newly requested day is a four week extension, such is necessary as Plaintiff's counsel has pre-scheduled personal and work conflicts during February that make an earlier date in the month unattainable.

Thank you for your time and attention to this request.

Respectfully submitted,

P. Jenny Marashi, Esq.
Marashi Legal

930 Grand Concourse, # 1E

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2024

Bronx, NY 10451
(917) 703-1742
marashi.legal@gmail.com

*Attorneys for Plaintiff*

Alejandra R. Gil, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street
White Plains, NY 10601
(914) 559-3100
agil@hpmb.com

*Attorneys for Defendants*
THE CITY OF NEW YORK and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION