**MEMO ENDORSED**

# MARASHI LEGAL
### CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

February 23, 2024

<u>VIA ECF</u>
Honorable Andrew L. Carter
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/26/2024

Re: <u>Sean Hall v. City of New York, et al</u>
21-cv-02308-ALC

Your Honor:

    This firm, and Mr. Eric Levy, represent Plaintiff Sean Hall. This is a letter requesting an extension of time to submit Plaintiff's Partial Motion for Summary Judgment. The present due date is February 26, 2024. Plaintiff is requesting a one week extension to March 4, 2024. This is Plaintiff's second request for an extension. Defendants the City of New York and New York City Health & Hospitals Corporation, represented by Alejandra R. Gil, Esq. of Heidell, Pittoni, Murphy & Bach, consent to this request, and ask that if Plaintiff's request is granted, Defendants' deadline for Summary Judgment also be extended to March 4, 2024.

    Thank you for your time and attention to this request.

Respectfully submitted,

_____
P. Jenny Marashi, Esq.
Marashi Legal

930 Grand Concourse, # 1E
Bronx, NY 10451
(917) 703-1742
marashi.legal@gmail.com

*Attorneys for Plaintiff*

Alejandra R. Gil, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street
White Plains, NY 10601

(914) 559-3100
agil@hpmb.com

*Attorneys for Defendants*
THE CITY OF NEW YORK and NEW YORK
CITY HEALTH AND HOSPITALS
CORPORATION

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2024