MEMO ENDORSED

**MEMO ENDORSED**

**MARASHI LEGAL**
CIVIL RIGHTS LAW + POLICY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/25/2024

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

March 22, 2024

<u>VIA ECF</u>
Honorable Andrew L. Carter
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: <u>Sean Hall v. City of New York, et al</u>
21-cv-02308-ALC

Your Honor:

    This firm, and Mr. Eric Levy, represent Plaintiff Sean Hall. Alejandra R. Gil, Esq. of Heidell, Pittoni, Murphy & Bach joins in this statement on behalf of The City of New York and New York City Health & Hospitals Corporation. Parties are requesting an extension of time to submit the Opposition Memorandum to Defendants' Motion for Summary Judgment, and Opposition to Plaintiff's Motion for Partial Summary Judgment. The present due date is April 1, 2024. Parties are requesting a two and a half week extension to April 19, 2024. This is Parties' first request for an extension on the opposition motions. If it is granted, Parties respectfully request that the reply deadline be moved in kind, from April 22, to May 10, 2024.

    Thank you for your time and attention to this request.

Respectfully submitted,

P. Jenny Marashi, Esq.
Marashi Legal

930 Grand Concourse, # 1E
Bronx, NY 10451
(917) 703-1742
marashi.legal@gmail.com

*Attorneys for Plaintiff*

Alejandra R. Gil, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street

White Plains, NY 10601
(914) 559-3100
agil@hpmb.com

*Attorneys for Defendants*
THE CITY OF NEW YORK and NEW YORK
CITY HEALTH AND HOSPITALS
CORPORATION

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 25, 2024