MEMO ENDORSED



# HPM&B
ATTORNEYS AT LAW

81 MAIN STREET   WHITE PLAINS, NY 10601-1711
TEL: 914-559-3100   FAX: 914-949-1160
WWW.HPMB.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/2025

**Alejandra R. Gil**
**Partner**
agil@hpmb.com

April 15, 2025

**VIA ECF**
Hon. Andrew L. Carter, Jr., District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

Re:   Sean Hall v. The City Of New York, New York City Health and Hospitals Corporation, Correctional Medical Associates of New York, P.C., Dr. Raul Ramos, Dr. Ross McDonald, Assistant Deputy Warden Lillian Benbow, Warden Clement Glenn, Medical Does 1 – 7, C.O. Does 1 – 7
      SDNY Index No.:   1:21-cv-02308-ALC
      HPMB File No.:    611-3293

Dear Judge Carter:

Our firm represents the Defendants in the above referenced matter.  I write to request an adjournment of the in-person status conference currently scheduled for May 1, 2025 at 2:00 p.m. due to a scheduling conflict.  I have conferred with counsel for plaintiff, P. Jenny Marashi, Esq., and she consents to the adjournment.  We respectfully request, if Your Honor's schedule allows, that the conference be re-scheduled for May 8, 2025 at 2:00 p.m.

We thank Your Honor for your consideration and time.

Respectfully submitted.

Alejandra R. Gil

ARG/bv
cc:   **VIA ECF:**
      P. Janny Marashi, Esq.
      Marashi Legal
      930 Grand Concourse, #1E
      Bronx, New York  10007

4912-7914-5526 v.1

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 17, 2025
New York, NY

The Court is unavailable on May 8.  The Court will adjourn the status conference to **Wednesday, April 30 at 3 p.m.**  The Parties may file another adjournment request if the Parties are unavailable at that date and time.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 83.

HEIDELL, PITTONI, MURPHY & BACH, LLP
NEW YORK   |   CONNECTICUT   |   ALBANY   |   WESTCHESTER   |   LONG ISLAND