MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/25/2025__

# MARASHI LEGAL
### CIVIL RIGHTS LAW + POLICY

Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

April 22, 2025

VIA ECF
Honorable Andrew L. Carter
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: *Sean Hall v. City of New York, et al*
21-cv-02308-ALC

Your Honor:

This firm, and Mr. Eric Levy, represent Plaintiff Sean Hall. This is a letter respectfully requesting an adjournment please from the April 30, 2025 at 3 p.m. conference (DKT # 84) granting (DKT #83) Letter Motion to Adjourn Conference. The Court kindly offered that "Parties may file another adjournment request if the Parties are unavailable at that date and time." Plaintiff's counsel will not be in New York City on April 30th, but will be in New York City and available at the Court's convenience on any date and time from May 5- 16th. Defendants the City of New York and New York City Health & Hospitals Corporation, represented by Alejandra R. Gil, Esq. of Heidell, Pittoni, Murphy & Bach, mutually agree to those dates.

Thank you for your time and attention to this request.

Respectfully submitted,

P. Jenny Marashi, Esq.
Marashi Legal

930 Grand Concourse, # 1E
Bronx, NY 10451
(917) 703-1742
marashi.legal@gmail.com

*Attorneys for Plaintiff*

Alejandra R. Gil, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street

White Plains, NY 10601
(914) 559-3100
agil@hpmb.com

*Attorneys for Defendants*
THE CITY OF NEW YORK and NEW YORK
CITY HEALTH AND HOSPITALS
CORPORATION

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 25, 2025
New York, NY

The Court adjourns the previously scheduled status conference. The Parties are **ORDERED** to attend a status conference, in person, in Courtroom 444, 40 Foley Square on May 6, 2025 at 2:00 p.m.