UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HALL<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET AL.<br><br>                Defendants. | 21-cv-2308 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      Due to a scheduling conflict, the Court requires a minor adjournment of the previously scheduled status conference on May 6, 2025 at 2:00 p.m. The Parties are ORDERED to attend a status conference, in person, in Courtroom 444, 40 Foley Square on **May 6, 2025 at 3:00 p.m.** **SO ORDERED.**

Dated: May 1, 2025
New York, New York

                                                            */s/ Andrew L. Carter, Jr.*
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**