UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN HALL<br><br>　　Plaintiff,<br><br>　　　-vs-<br><br>THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, CORRECTIONAL MEDICAL ASSOCIATES OF NEW YORK, P.C., MELISSA RAMOS AS ADMINISTRATOR OF THE ESTATE OF DR. RAUL RAMOS, DR, ASSISTANT DEPUTY WARDEN LILLIAN BENBOW, WARDEN CLEMENT GLENN, MEDICAL DOES 1 – 7, C.O. DOES 1 – 7,<br><br>　　Defendants. | Case No. 21-cv-2308 (ALC)<br><br>**Suggestion of Death Pursuant to FRCP 25(a)(1)** |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff's counsel hereby notifies the Court and Defendants of the death of Plaintiff Sean Hall in Columbia, South Carolina. He died intestate but survived by a wife and children.

Counsel is in the process of coordinating with the potential beneficiaries, in order to file the proper paperwork in probate court in South Carolina to identify and appoint a personal representative who may be substituted as the proper party to continue this action. Plaintiff's counsel respectfully requests that the Court note this filing on the record and will file a motion to substitute the appropriate party within the 90-day period prescribed by Rule 25(a)(1), or seek an extension if additional time is required due to probate proceedings.

By:_____
　　P. Jenny Marashi

                                              MARASHI LEGAL
                                              Attorney for Plaintiff
                                              930 Grand Concourse, Suite 1E
                                              Bronx, New York 10451
                                              (917) 703-1742
                                              Marashi.legal@gmail.com

TO: ALEJANDRA GILL
Heidell, Pittoni, Murphy & Bach, LLP
Attorney for Defendants
81 Main St.
White Plains, New York 10601
(914) 559-3133
agil@hpmb.com