UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALL

    Plaintiff,

-against-

CITY OF NEW YORK, ET AL.

    Defendants.

21-cv-2308 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

    The deadline for the submission of the Amended Pre-Trial Order is adjourned *sine die*. The Parties are **ORDERED** to attend a telephonic status conference on Wednesday, June 4, 2025 at 12 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated: May 30, 2025
New York, New York

                                         ANDREW L. CARTER, JR.
                                         **United States District Judge**