**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**SEAN HALL,**

                          **Plaintiff,**                **21-CV-02308 (ALC) (VF)**

       -against-                                  **ORDER**

**CITY OF NEW YORK, et al,**

                          **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Plaintiff is hereby directed to file his motion to substitute by **January 2, 2026**.

    **SO ORDERED.**

DATED:    New York, New York
             December 3, 2025

                                      _____

                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge