## MARASHI LEGAL
CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

April 2, 2026

**BY ECF**

Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Deputy Phone: (212) 805-4731
Courtroom: 17A
FigueredoNYSDChambers@nysd.uscourts.gov
Phone: (212) 805-0298
Fax: (212) 805-7909

Re: *Sean Hall v. City of New York, et al*
    *21-cv-02308-ALC-VF*
*Re: Letter Motion Requesting Extension of Time to File Motion to Substitute*

Dear Judge Figueredo:

This firm, and Mr. Eric Levy, represent Plaintiff Sean Hall.. I write respectfully to request a brief extension of the April 2, 2026 deadline established by Your Honor's Order dated January 2, 2026 (Dkt. No. 103) for the filing of a motion to substitute a representative of the decedent's estate pursuant to Federal Rule of Civil Procedure 25(a). Three (3) prior requests for extensions of time have been made in connection with the substitution deadline, all of which were granted by the Court. Mr. Hall passed on May 28, 2025.

Since the Court's January 2 Order, Plaintiff's counsel has undertaken substantial efforts to advance the Surrogate Court proceedings necessary to obtain letters of administration, which are a prerequisite to the substitution motion. Specifically, counsel has:

1.      Identified, located, and established contact with all of the decedent's distributees, including his surviving spouse, Tanya Monique Hall, and his two adult children. This required considerable effort, as the decedent passed away in Columbia, South Carolina, while his family members reside in multiple jurisdictions. The identification and cross checking of the potential beneficiaries of the estate itself was very time consuming.

2.      Prepared a complete petition package for filing in Bronx Surrogate's Court, including: a Verified Petition for Temporary Letters of Administration (SCPA §§ 702, 901, 902); an Affirmation of Urgency detailing the federal court deadline; an Affidavit of Kinship; individual Waiver of Process, Renunciation of Letters, and Consent forms for each distributee; a Part 130 Certification; and a Proposed Decree for the Surrogate to sign.

3. Conducted a thorough cross-check of all filing documents against the official Surrogate's Court Form A-1 and the Administration Proceeding Checklist to ensure full compliance with SCPA requirements, including the proper statutory citations, estate valuation disclosures, right-of-action descriptions, distributee citizenship information, and the required Combined Verification, Oath and Designation.  In addition to obtaining the certified death certificate and funeral documentation required by the Surrogate's Court

4. Obtained and reviewed the Bronx Surrogate's Court e-filing protocol and identified the procedural requirements for filing, including the Request for Surrogate's Court Action form, certified death certificate filing requirements, and proposed decree submission procedures.

5. Prepared the petition to request that the Surrogate dispense with citation pursuant to SCPA § 902(5), which, if granted, would significantly expedite the issuance of Temporary Letters by eliminating the need for a return date on citation.

The petition is complete and ready for filing. The brief remaining steps are ministerial in nature: obtaining the notarized signatures of the petitioner and the distributees on the petition and waiver forms. Counsel has been in active communication with the petitioner and distributees and anticipates receiving the executed documents imminently.

Counsel has pursued a strategy of filing for *Temporary* Letters of Administration—rather than full Letters of Administration—specifically to expedite the appointment of a personal representative so that the substitution motion can be filed in this Court as quickly as possible. Temporary Letters, once granted, will authorize the estate representative solely to be substituted in and prosecute this action, with the limitation that the administrator may not enforce a judgment or receive funds without further order of the Surrogate.

Plaintiff respectfully requests an extension of **thirty (30) days, to and including May 4, 2026**, within which to file the motion to substitute. Counsel for the City Defendants consents to this extension.  This extension will provide adequate time for the Surrogate's Court to process the petition and issue Temporary Letters, and for counsel to thereafter prepare and file the substitution motion in this Court. Counsel will file the motion at the earliest opportunity.

Thank you for the Court's consideration of this application.

Respectfully submitted,

P. Jenny Marashi, Esq.
Marashi Legal

930 Grand Concourse, # 1E

2

Bronx, NY 10451
(917) 703-1742
marashi.legal@gmail.com

*Attorney for Plaintiff*

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 6, 2026**

The extension is GRANTED. Plaintiff is directed to file the motion to substitute by **May 4, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 104.

3