MARASHI LEGAL
CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

September 17. 2026

**BY ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

**Re:** ***Hall v. City of New York, et al.*, No. 21-cv-02308 (ALC) (VF)**
**Letter-Motion on consent to substitute Plaintiff under Fed. R. Civ. P. 25(a)(1)**

Dear Judge Figueredo:

Plaintiff moves, on consent, to substitute Tanya Hall, as Administrator of the Estate of Sean Hall, as Plaintiff in this action pursuant to Rule 25(a)(1). By Order dated July 13, 2026 (ECF No. 111), the Court directed Plaintiff to file the motion to substitute by November 9, 2026. This letter-motion is timely.

Sean Hall died on May 20, 2025. On September 1, 2026, the Surrogate's Court of the State of New York, Bronx County (Hon. Nelida Malave-Gonzalez), signed a Decree Granting Limited Administration appointing Tanya Hall administrator of his estate (File No. 2026-1382), and Limited Letters of Administration issued to her on September 2, 2026. The Decree, the Letters, and the Certificate of Appointment of Administrator are attached as Exhibit A. Ms. Hall is the decedent's representative and the proper party under Rule 25(a)(1).

Defendants consent. The parties have executed the Stipulation and Order Substituting Plaintiff attached as Exhibit B, which substitutes Ms. Hall, amends the caption, and preserves all prior pleadings, orders, and proceedings without waiver by any party. Plaintiff respectfully requests that the Court grant this letter-motion and so-order the Stipulation.

Respectfully submitted,

/s/ P. Jenny Marashi
P. Jenny Marashi, Esq.
Marashi Legal
*Attorney for Plaintiff*

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 18, 2026**

The motion to substitute is **GRANTED**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 112.