**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TANYA HALL** *as administrator of the estate of Sean Hall, deceased*,<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**CITY OF NEW YORK ET AL,**<br><br>**Defendants.** | **21-cv-2308 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference in this case on **December 8, 2026, at 2 PM**. The Parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above. The Parties should be prepared to discuss settlement.

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**